1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JASON MENCY,                              No. CIV S-06-2379-FCD-CMK-P

12                    Plaintiff,

13          vs.                                <u>ORDER</u>

14   V. DUC, et al.,

15                    Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.   Pending before the court is plaintiff's request for leave to proceed in forma

19   pauperis (Doc. 3).  Plaintiff's complaint will be addressed separately.

20          Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22          Plaintiff has also filed a document (Doc. 2) in which he apparently seeks leave of

23   court to file fewer than the required number of copies of his original complaint.  That request

24   will be granted.  Plaintiff's complaint has been filed.

25   / / /

26   / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 3) is granted;

2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

3.      No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1);

4.      Plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2); and

5.      Plaintiff's request to file fewer than the number of required copies of his original complaint (Doc. 2) is granted.


DATED:   November 8, 2006.


                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE