IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MENCY, | No. CIV S-06-2379-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| V. DUC, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motion for leave to file an amended complaint (Doc. 8), filed on November 20, 2006, and plaintiff's motion for leave to file a "supplemental exhibit" in support of his complaint (Doc. 9), filed on November 30, 2006. Plaintiff has not submitted a proposed first amended complaint.

      The Federal Rules of Civil Procedure provide that a party may amend his or her pleading ". . . once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). Once a responsive pleading is filed, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See id. Because no responsive pleading have been filed in this case, plaintiff does not need leave of court to file a first amended

1

complaint. Therefore, plaintiff's motion for leave to amend will be denied as unnecessary. Plaintiff may simply file a first amended complaint. If, however, plaintiff does not do so within the time allowed by this order, the court will screen the original complaint filed on October 27, 2006.

As to plaintiff's motion for leave to attach a "supplemental exhibit," plaintiff may attach the document to his first amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file an amended complaint (Doc. 8) is denied as unnecessary; and

2. Plaintiff may file a first amended complaint, with the "supplemental exhibit" attached thereto, within 30 days of the date of this order.

DATED: December 6, 2006.

/s/ Craig M. Kellison
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE