IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MENCY, | No. CIV S-06-2379-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| V. DUC, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1).[1] The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

Plaintiff claims that his Eighth Amendment rights are being violated because prison officials are not accommodating his need for a lactose-free and spice-free diet, and by not providing adequate medical treatment for spinal bone spurs.

---

[1] Plaintiff sought leave to file an amended complaint, which was denied as unnecessary because plaintiff had not exhausted his ability to amend the complaint once as of right. Plaintiff was directed to file an amended complaint by January 7, 2007, but has not done so. Therefore, this action proceeds on the original complaint.

1

1   The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C.
2   § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable
3   opportunity to prevail on the merits of this action. The court, therefore, finds that service is
4   appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is
5   informed, however, that this action cannot proceed further until plaintiff complies with this
6   order. Plaintiff is warned that failure to comply with this order may result in dismissal of the
7   action. See Local Rule 11-110.

8   Accordingly, IT IS HEREBY ORDERED that:

9   1. Service is appropriate for the following defendant(s):

10   V. DUC,

11   I. O'BRIAN, and

12   J. MAYFIELD;

13   2. The Clerk of the Court shall send plaintiff one USM-285 form for each
14   defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

15   3. Within 30 days of the date of service of this order, plaintiff shall complete
16   the attached Notice of Submission of Documents and submit the following documents to the
17   court:

18   a. The completed Notice of Submission of Documents;

19   b. One completed summons;

20   c. Three completed USM-285 form(s); and

21   d. Four copies of the endorsed complaint.

22   DATED: May 23, 2007.

*signature*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

JASON MENCY,                                    No. CIV S-06-2379-FCD-CMK-P
       Plaintiff,
  vs.
V. DUC, et al.,
       Defendants.
_____/

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

Plaintiff hereby submits the following documents in compliance with the court's order:

   __1__    completed summons form;
  _____    completed USM-285 form(s); and
  _____    copies of the complaint.

DATED: _____                    _____
                                                                                                  Plaintiff