IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JASON MENCY,** | CASE NO.: 2:06-CV-2379 FCD CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **V. DUC, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants are granted an additional 45-days, to and including October 1, 2007, to file an initial responsive pleading.

August 23, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1