IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON MENCY, | | No. CIV S-06-2379-FCD-CMK-P |
|     Plaintiff, | | |
|   vs. | | ORDER |
| V. DUC, et al., | | |
|     Defendants. | | |
|                           / | | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for default judgment (Doc. 21).

       In his motion, plaintiff argues that defendants' motion to dismiss (Doc. 19) must be stricken because it is supported by the unsigned declaration of N. Grannis.  Plaintiff concludes that, because there is no valid responsive pleading, he is entitled to default judgment.  Plaintiff cites to the court's order issued on June 15, 2007, which specifies that "[a] motion . . . supported by unsigned affidavits or declarations will be stricken."  A review of the record reflects that plaintiff is correct that the declaration of N. Grannis submitted in support of defendants' motion to dismiss is not signed.

1    Under Federal Rule of Civil Procedure 55, before a party may obtain judgment by default he must first seek entry of default by the Clerk of the Court.  See Fed. R. Civ. P. 55(a). Because plaintiff has not sought entry of default, the court construes plaintiff's motion as seeking such relief.  In this case, entry of default is not appropriate because defendants have not completely failed to appear in this action.  Rather, defendants' motion is defective because it is supported by the unsigned declaration of N. Grannis.

The court finds that, in the interest of justice, defendants should be given the opportunity to submits N. Grannis' signed declaration.  If defendants fail to do so within the time permitted in this order, defendants' motion to dismiss will be stricken.

Accordingly, IT IS HEREBY ORDERED that:

1.   Plaintiff's motion for default judgment is construed as a motion for entry of default under Rule 55(a);

2.   So construed, plaintiff's motion is denied; and

3.   Within 15 days of the date of this order, defendants shall submit the signed declaration of N. Grannis.

DATED:  October 17, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE