1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 JASON MENCY,                 No. CIV S-06-2379-FCD-CMK-P

12        Plaintiff,

13    vs.                 ORDER

14 V. DUC, et al.,

15        Defendants.

16 _____/

17       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18 to 42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to

19 Eastern District of California local rules.

20       On January 18, 2008, the magistrate judge filed findings and recommendations

21 herein which were served on the parties and which contained notice that the parties may file

22 objections within a specified time.  No objections to the findings and recommendations have

23 been filed.

24       The court has reviewed the file and finds the findings and recommendations to be

25 supported by the record and by the magistrate judge's analysis.

26 / / /

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed January 18, 2008, are adopted in full;

2.      Defendants' motion to dismiss (Doc. 19) is granted;

3.      This action is dismissed; and

4.      The Clerk of the Court be directed to enter judgment and close this file.

DATED: April 1, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE